

Order Filed on
**3/7/2011**
by Clerk U.S. Bankruptcy
Court District of New Jersey

Laura D. Ruccolo, Esquire
CAPEHART & SCATCHARD, P.A.
Laurel Corporate Center
8000 Midlantic Drive - Suite 300 S
Mount Laurel, NJ 08054
(856) 234-6800
Attorneys for South Jersey Auto Finance, Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Troy L. Wright | : | CASE NO.: 11-10256-GMB |
| | : | |
| Debtor. | : | **Hearing Date: March 2, 2011** |
| | : | |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

      The relief set forth on the following page, numbered two (2) through two (2), is hereby **ORDERED**.

**DATED: 3/7/2011**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

1705674

Debtor: Troy Wright
Case No: 11-10256-GMB
Caption of Order: Order Granting Relief from the Automatic Stay

UPON THE MOTION of South Jersey Auto Finance, Inc., under Bankruptcy Code section 362 for relief from the automatic stay as to certain property as herein after set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

___ Real property more fully described as:

_X_ Personal property more fully described as:

*1999 Acura CL VIN 19UYA225XXL005916*

IT IS FURTHER ORDER that the movant may join the Debtor(s) and any Trustee appointed in this case as Defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the Debtor(s), any Trustee and any other party who entered an appearance on the motion.

CERTIFICATE OF MAILING

I hereby certify that on _____, 2011, a copy of the foregoing Order was served on each of the following: movant.

JAMES J. WALDRON, Clerk

1705674                              2

*Approved by Judge Gloria M. Burns March 07, 2011*