

Order Filed on
3/11/2011
by Clerk U.S. Bankruptcy
Court District of New Jersey

Laura D. Ruccolo, Esquire
CAPEHART & SCATCHARD, P.A.
Laurel Corporate Center
8000 Midlantic Drive - Suite 300 S
Mount Laurel, NJ 08054
(856) 234-6800
Attorneys for South Jersey Auto Finance, Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Troy L. Wright | : | CASE NO.: 11-10256-GMB |
| | : | |
| Debtor. | : | **Hearing Date:  March 2, 2011** |
| | : | |

**ORDER GRANTING SOUTH JERSEY AUTO FINANCE ADEQUATE PROTECTION PAYMENTS**

The relief set forth on the following page, numbered two (2) through two (2), is hereby

**ORDERED**.

**DATED: 3/11/2011**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Debtor: Troy Wright
Case No: 11-10256-GMB
Caption of Order: Order Granting Adequate Protection payments

UPON THE MOTION of South Jersey Auto Finance, Inc., under Bankruptcy Code section 362 for relief from the automatic stay or in the alternative for adequate protection payments and the parties having agreed hereto, and for cause shown, it is

IT IS ORDERED, ADJUDGED and DECREED that:

South Jersey Auto Finance Inc.'s motion for adequate protection is hereby granted.

As adequate protection in this matter, the Trustee is directed to pay over to South Jersey Auto Finance, Inc. the sum of $300.00 each and every month immediately upon receipt of said funds from Debtor until such time as Debtor's Plan of Reorganization is confirmed.

Said funds shall reduce Debtor's obligation to South Jersey Auto Finance, Inc. pursuant to Debtor's Plan of Reorganization as and when confirmed.

If Debtor fails to make any Trustee payment in a timely manner or if the Trustee fails to immediately pay said funds over to South Jersey Auto Finance, Inc. then South Jersey Auto Finance, Inc. shall be entitled to relief from the automatic stay by filing with the Court a Certification of Default and proposed order.

CERTIFICATE OF MAILING

I hereby certify that on                , 2011, a copy of the foregoing Order was served on each of the following: movant.

JAMES J. WALDRON, Clerk

*Approved by Judge Gloria M. Burns March 11, 2011*