| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **GREENBLATT & LIEBERMAN**<br>102 Browning Lane – Bldg. B<br>CHERRY HILL, NJ 08003<br>(856) 665-5033<br>ATTORNEY FOR CREDITOR<br><br>RE: DEBTOR: Troy Wright<br><br>CREDITOR: The Heathers Apts. |



Order Filed on 3/14/2011 by Clerk U.S. Bankruptcy Court District of New Jersey

CASE #: 11-10256

Judge: GLORIA M. BURNS

**Debtor: TROY WRIGHT Creditor: THE HEATHERS APTS.,**
**ORDER TO VACATE AUTOMATIC STAY**

The relief set forth on the following pages numbered 1 & 2 is hereby **ORDERED.**

**DATED: 3/14/2011**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

(Page 2)
**Debtor**: TROY WRIGHT
**Case No**: 11-10256
**Caption of Order: TROY WRIGHT**  DEBTOR, The Heathers Apts.,   Creditor

___

Upon Consideration of Greenblatt & Lieberman's motion/application for an Order Vacating the Automatic Stay, and good Cause appearing therefore, it is hereby:

**ORDERED** that:

1. The Automatic Stay in the instant matter is hereby vacated.

2. The Creditor may proceed with an Eviction action pursuant to the laws of New Jersey.

3. Creditor shall have leave to proceed with a collection action for post petition arrears.

*Approved by Judge Gloria M. Burns March 14, 2011*